**Anthony L. SCALES, Plaintiff—Appellant,**

v.

**USF LOGISTICS; Jill Pintozzi; Randy Hladky; Chris Jennings, Defendants—Appellees.**

No. 04–2511.

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2005.

Decided: May 3, 2005.

Anthony L. Scales, Appellant pro se.

Mildred Bennett Wells, McGuirewoods, LLP, Richmond, Virginia; Kristine Elizabeth Aubin, Connelly, Sheehan, Harris, Chicago, Illinois, for Appellees.

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**PER CURIAM:**

Anthony L. Scales appeals the district court's order granting summary judgment to the Defendants and dismissing Scales' Title VII action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Scales v. USF Logistics,* No. CA–04–448 (E.D.Va. Dec. 3, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*